**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 24-7145**

---

TYRONE MACKEY,

        Petitioner - Appellant,

    v.

WARDEN, FCI EDGEFIELD,

        Respondent - Appellee.

---

Appeal from the United States District Court for the District of South Carolina, at Rock Hill.  Joseph Dawson, III, District Judge.  (0:24-cv-04161-JD)

---

Submitted:  April 24, 2025                              Decided:  April 29, 2025

---

Before RICHARDSON and BENJAMIN, Circuit Judges, and TRAXLER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Tyrone Mackey, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tyrone Mackey, a federal prisoner, appeals the district court's order adopting the recommendation of the magistrate judge and denying relief on Mackey's 28 U.S.C. § 2241 petition in which Mackey challenged the execution of his sentence. We have reviewed the record and find no reversible error.

Accordingly, we affirm the district court's order. *Mackey v. Warden, FCI Edgefield*, No. 0:24-cv-04161-JD (D.S.C. Nov. 4, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*